**Ali CUBBA, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 77073**

Missouri Court of Appeals,
Western District.

ORDER FILED: February 3, 2015

Gregory Doty, Kansas City, MO, Counsel for Appellant.

Jennifer Rodewald, Jefferson City, MO, Counsel for Respondent

Before Division Three: Victor C. Howard, P.J., James Edward Welsh, and Gary D. Witt, JJ.

### ORDER

Per Curiam:

Ali Cubba appeals the circuit court's judgment denying his Rule 24.035 motion for postconviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).

**Randy FISHER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 77390**

Missouri Court of Appeals,
Western District.

Order filed: February 3, 2015

Erika R. Eliason, for Appellant

Mary H. Moore, for Respondent

Before Division Two: Anthony Rex Gabbert, Presiding, Judge, Joseph M. Ellis, Judge and Karen King Mitchell, Judge

### *ORDER*

PER CURIAM:

Randy Fisher appeals from the denial of his Rule 29.15 motion for postconviction relief without an evidentiary hearing. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. A formal, published opinion would serve no jurisprudential purpose; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. **Rule 84.16(b).**